IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JULIUS JEROME WALKER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-12-303-RAW |
| | ) |
| **ROBERT PATTON, DOC Director,** | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On August 13, 2015, Magistrate Judge West filed a Report and Recommendation, recommending that this action (involving petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254) be dismissed. Petitioner has filed an objection, which the court has duly considered. The recommendation of the Magistrate Judge will be followed.

It is the order of the court that the Report and Recommendation of the United States Magistrate Judge is hereby adopted and affirmed as the Order of the Court. Petitioner's petition pursuant to 28 U.S.C. §2254 is hereby DISMISSED.

**ORDERED THIS 23rd DAY OF SEPTEMBER, 2015.**

**Dated this 23rd day of September, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma